168 So.2d 631

**Troy BECK**

v.

**STATE.**

**6 Div. 148.**

Supreme Court of Alabama.

Nov. 5, 1964.

Robert French, Jr., Tuscaloosa, for petitioner.

Richmond M. Flowers, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Troy Beck for certiorari to the Court of Appeals to review and revise the judgment and decision in Beck v. State, 168 So.2d 631 (6 Div. 16).

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

170 So.2d 499

**Maurice BLANKINSHIP**

v.

**STATE.**

**5 Div. 810.**

Supreme Court of Alabama.

Jan. 7, 1965.

Pilcher & Bradley, Gadsden, for petitioner.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Maurice Blankinship for certiorari to the Court of Appeals to review and revise the judgment and decision in Blankinship v. State, 170 So.2d 498.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

168 So.2d 256

**BLUE CROSS–BLUE SHIELD OF ALABAMA**

v.

**Ivey K. COLQUITT.**

**6 Div. 133.**

Supreme Court of Alabama.

Oct. 22, 1964.

Lange, Simpson, Robinson & Somerville, Birmingham, and Clement, Rosen, Hubbard & Waldrop, Tuscaloosa, for petitioner.

Callahan & Nichols, Tuscaloosa, opposed.

GOODWYN, Justice.

Petition of Blue Cross-Blue Shield of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision in Blue Cross-Blue Shield of Alabama v. Colquitt, 168 So.2d 251.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.